IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY J. RAGAN                                                      PLAINTIFF

v.                              No. 5:13-cv-336-DPM

UNION PACIFIC RAILROAD COMPANY                    DEFENDANT

## JUDGMENT

All Ragan's claims against Union Pacific Railroad Company are

dismissed with prejudice pursuant to the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2014